## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **THE TRAVELERS INDEMNITY COMPANY, as subrogee and assignee of BULLARD EXCAVATING, INC.,** | ) ) ) ) ) | |
| Plaintiff, | ) | **CASE NO.: 2:09 CV702-WHA** |
| | ) | |
| vs. | ) ) | |
| **REESE & HOWELL, INC. and QBE INSURANCE CORPORATION,** | ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Travelers Indemnity Company, as subrogee and assignee of Bullard Excavating, Inc., and Defendants Reese & Howell, Inc. and QBE Insurance Corporation and respectfully move this Court, by and through their undersigned counsel, and by stipulation and agreement hereby jointly move this Honorable Court to dismiss the above-styled cause of action with prejudice, with parties to bear their own costs, as a settlement has been reached between the parties.

Respectfully submitted this 3rd day of March, 2011,

/s/ Candace L. Hudson
Joel S. Isenberg, Esq.
Candace L. Hudson, Esq.
*Attorneys for Plaintiffs*

OF COUNSEL:
ELY & ISENBERG, LLC
The Mountain Brook Center
2700 Highway 280 East, Suite 110
Birmingham, AL 35223

                                          */s/ C. McDowell Crook, Jr.*
                                          C. McDowell Crook, Jr. (CRO088)
                                          Thomas T. Gallion, III (GAL010)
                                          Constance C. Walker (WAL144)
                                          *Attorneys for Defendants*

OF COUNSEL:
HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
Fax: (334) 264-7945

357955_1
02391-1120